484 S.E.2d 869

**William L. COOK, Angela J. Cook, and Carolina Electrical Controls and Power Systems, Inc., Respondents,**

v.

**PENNEBAKER HOLDING COMPANY, INC., and A.E. Pennebaker Company, Inc., Appellants.**

No. 24593.

Supreme Court of South Carolina.

Heard Feb. 5, 1997.

Decided March 31, 1997.

Rehearing Denied May 13, 1997.

William G. Yarborough, III, Greenville, for appellants.

Randall S. Hiller, Greenville, for respondents.

Per Curiam:

Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities: Issue 1: *York v. Conway Ford, Inc.,* —— S.C. ——, 480 S.E.2d 726 (1997); *Medlock v. One 1995 Jeep Cherokee VIN 1JCWB7828FT129001,* —— S.C. ——, 470 S.E.2d 373 (1996); *State v. Schumpert,* 312 S.C. 502, 435 S.E.2d 859 (1993). Issue 2: *Cook v. S.C. Dept. of Highways and Pub. Transp.,* 309 S.C. 179, 420 S.E.2d 847 (1992).

/s/ Ernest A. Finney, Jr., C.J.

/s/ Jean H. Joal, J.

/s/ James E. Moore, J.

/s/ E.C. Burnett, III, J.

/s/ John W. Kittrage, A.J.